# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

JEFFREY D. SHANNON, : 
: 
Plaintiff, : CIVIL ACTION
: 
v. : NO. 09-3138
: 
EQUIFAX INFORMATION SERVICES, : 
LLC, : 
: 
Defendant. : 

# ORDER

**AND NOW**, this _26th_ day of January, 2011, upon consideration of Defendant's Motion for Summary Judgment (Doc. #25), Plaintiff's Response (Doc. #27), Defendant's Reply (Doc. #29), and Plaintiff's Statement of Material Facts (Doc. #31), it is **ORDERED** that Defendant's Motion for Summary Judgment (Doc. #25) is **GRANTED** in part and **DENIED** in part as follows:

- Defendant's Motion is **DENIED** as to Plaintiff's claims for negligent violations of the Fair Credit Reporting Act;
- Defendant's Motion is **GRANTED** as to all other claims.
- 

s/Anita B. Brody

_____
Anita B. Brody,    J.

COPIES VIA ECF ON        TO:        COPIES MAILED ON